Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

---

**TAO MOTOR INC.**

                              **Plaintiff,**          **SUMMONS**

   **v.**                                             **COURT NO. 25-199**

**UNITED STATES,**

                              **Defendant.**

---

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                    **/s/ Mario Toscano**
                    Clerk of the Court

1.  Plaintiff, TAO MOTOR INC., is an interested party as defined in 19 U.S.C. § 1677(9)(a), and participated in the proceeding under appeal. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c), and 19 U.S.C. § 1516a(d).
    (Name and standing of plaintiff)

2.  Plaintiff challenges certain aspects of the U.S. International Trade Commission's Determinations determination in *Low Speed Personal Transportation Vehicles From China; Determinations*, Investigation No. 701-TA-731 and 731-TA-1700. Plaintiff contests as unlawful and unsupported by substantial evidence the Commission's Final Results. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(i).
    (Brief description of contested determination)

3.  August 7, 2025
    (Date of determination)

4.  90 Fed. Reg. 38,176 (August, 7 2025)
    (If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

/s/ John M. Peterson
Signature of Plaintiff's Attorney

John M. Peterson
Neville Peterson LLP
55 Broadway Ste. 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

September 8, 2025
Date

**SEE REVERSE SIDE**

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

        If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

**Attorney in Charge**
**International Trade Field Office**
**Department of Justice, Civil Division**
**Room 346, Third Floor**
**26 Federal Plaza**
**New York, NY 10278**

**The Hon. Lisa R. Barton**
**Secretary to the Commission**
**U.S. International Trade Commission**
**500 E Street, S.W, Room 112-A**
**Washington, D.C. 20436**

**Supervising Attorney**
**Civil Division – Commercial Litigation Branch**
**U.S. Department of Justice**
**P.O. Box 480**
**Ben Franklin Station**
**Washington, D.C. 20044**